UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KERN,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>    Defendants. | No. 2:23-cv-0252 AC P<br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se with a civil rights action, has filed a motion requesting assistance in obtaining a copy of his medical records, including the possible issuance of a subpoena. ECF No. 19. The request will be denied as premature.

On December 14, 2023, service was ordered on defendant Nageswaran. ECF No. 17. Defendant has yet to be served or to waiver service. Once service is completed or waived and defendant answers the complaint, the court will issue an order setting a schedule for discovery. Once discovery begins, plaintiff may attempt to obtain the documentation he seeks through a discovery request to defendant or, if he can show that he is not able to obtain the documentation through discovery from defendant, plaintiff may request assistance in serving a subpoena on the custodian of his records.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for assistance with discovery or service of a subpoena (ECF No. 19) is DENIED without prejudice as premature.

DATED: January 22, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE