UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>            Plaintiff,<br><br>      v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>            Defendants. | No.  2:23-cv-0252 AC P<br><br><br>ORDER |

Plaintiff, a former county and current state prisoner proceeding pro se, has filed a motion for subpoena duces tecum forms.  ECF No. 28.

Federal Rule of Civil Procedure 45(a)(3) requires that "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it."  Therefore, plaintiff's request will be granted, and the Clerk of the Court will be directed to send plaintiff blank subpoena forms.  However, plaintiff is cautioned that if, after completing the forms, he seeks assistance in serving the subpoenas, he must make a showing that such assistance is warranted.  In order for the court to consider ordering the United States Marshals to serve a subpoena duces tecum on a non-party, plaintiff must submit to the court a completed federal subpoena form that describes the items to be produced with reasonable particularity and designate a reasonable time, place, and manner for production.  Plaintiff must also show that he cannot receive the documents he seeks by way of

discovery requests directed to defendants. Failure to do so will result in denial of the motion. Plaintiff is further advised that even though he is proceeding in forma pauperis, should the court order service of his subpoena, he may be required to pay any costs associated with complying with the subpoena in order to avoid imposing an undue burden upon a non-party.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for subpoena forms (ECF No. 28) is GRANTED; and
2. The Clerk of the Court is directed to provide plaintiff a signed but otherwise blank subpoena duces tecum form with this order. See Fed. R. Civ. P. 45(a)(3).

DATED: April 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE