UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN, | No. 2:23-cv-0252 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF, et al., | |
| Defendants. | |

Plaintiff, a current state and former county prisoner proceeding pro se, has filed a motion seeking assistance in obtaining his medical records and serving a subpoena for the records. ECF No. 30. He states that he has submitted requests for the records and that both he and a superior court judge have asked his attorney[1] to subpoena the records but that he is still without a complete copy of his medical records. Id.

In granting plaintiff's request for subpoena forms, the court advised him that it would not direct service of the subpoenas by the United States Marshal unless plaintiff showed that he "cannot receive the documents he seeks by way of discovery requests directed to defendants" and that failure to make such a showing would result in denial of any motion for service. ECF No. 29

---

[1] Plaintiff is not represented by counsel in this case. It appears he may be referring to his attorney in an ongoing state court matter.

1

at 1-2. Since plaintiff has not shown that he served a request for production of documents on defendant seeking a copy of his medical records and that defendant would not or could not provide the requested documents, the motion for service of the subpoena will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for service (ECF No. 30) is DENIED without prejudice.

DATED: May 22, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE