UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>Defendants. | No. 2:23-cv-0252 AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of any upcoming deadlines based on his transfer to another prison. ECF No. 32. The only currently pending deadlines are for the completion of discovery on July 12, 2024, and the filing of dispositive motions by October 4, 2024. ECF No. 25. Plaintiff has not identified any specific reason why he requires an extension of either of these deadlines and the motion will therefore be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 32) is DENIED without prejudice.

DATED: May 26, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE