UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-0252 AC P<br><br><br>ORDER |

　　　　Plaintiff, a former county and current state prisoner proceeding pro se, has filed a motion for assistance obtaining his medical records from the Sacramento County Jail, which the court construes as a motion to compel.  ECF No. 34.  Although plaintiff states that he has requested his medical records and is being denied copies, he does not identify whether the requests were discovery requests made to defendant or some other form of request made to a third party.[1]  Without information about the context in which plaintiff's request was made or the response he received, the court cannot determine whether an order compelling production is appropriate.

　　　　Any future motion to compel should include copies of the requests that plaintiff made and any responses that he received.

---

[1] Plaintiff previously requested the court order the United States Marshal to serve a subpoena for records and that request was denied.  ECF No. 31.

1

For the reasons stated above, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 34) is DENIED.

DATED: July 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE