UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-0252 AC P<br><br><br>ORDER |

On December 14, 2023, an Order Re Consent or Request for Reassignment was issued in this case, together with the appropriate form.  ECF. No. 18.  The parties were required to complete and file the form within thirty days.  However, it appears that not all parties have returned a completed form.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within fourteen days of the filing of this order, any parties who have not already done so shall file a completed consent or request for reassignment form.

2.  The Clerk of the Court is directed to send the parties a copy of the Consent/Decline of U.S. Magistrate Judge form.

DATED: January 13, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE