UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-0252 DJC AC P<br><br><br>ORDER |

　　　Plaintiff has filed a demand for a jury trial in which he requests the court to serve the demand on defendant's attorney. ECF No. 47. The court has previously explained that plaintiff is not required to serve a defendant's attorney with paper copies of documents filed with the court because attorneys are required to consent to electronic service, which means they receive an automatic notification whenever something is filed with the court that includes a link to a copy of the document. ECF No. 25 at 6-7.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request for service (ECF No.47) is DENIED as moot.

DATED: February 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE