UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS KERN,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY SHERIFF, et al.,<br>Defendants. | No. 2:23-cv-0252 DJC AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. ECF No. 11. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 59. Plaintiff filed objections to the findings and recommendations on June 5, 2026. ECF No. 60.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 59) are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 49) is DENIED as untimely, and his reply brief (ECF No. 51) is construed as a supplemental opposition to defendant's motion for summary judgment and the Clerk of the Court shall update the docket accordingly;

3. Defendant Dr. Nageswaran's motion for summary judgment (ECF No. 37) is GRANTED; and

4. The Clerk of Court is directed to enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

kern0252.JO